662

No. 562. MARTINDALE *v.* LOS ANGELES COUNTY FLOOD CONTROL DISTRICT. October 20, 1941. Petition for writ of certiorari to the District Court of Appeal, 2d Appellate District, of California, and motion for leave to proceed further *in forma pauperis,* denied. *E. D. Martindale, pro se. Mr. W. B. McKesson* for respondent.

No. 570. FAIN *v.* UNITED STATES. October 20, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Messrs. Newell Blair* and *Harry W. Blair* for petitioner. *Assistant Solicitor General Fahy* and *Messrs. Julius C. Martin, Wilbur C. Pickett, Fendall Marbury,* and *W. Marvin Smith* for the United States.

No. 574. SAMPLES *v.* UNITED STATES. October 20, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *E. C. Samples, pro se. Assistant Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. W. Marvin Smith* for the United States.

No. 583. KICAK *v.* HAUBER, EXECUTOR. October 20, 1941. Petition for writ of certiorari to the Supreme Court of Ohio, and motion for leave to proceed further *in forma pauperis,* denied. *Messrs. Joseph Sheban* and *J. Francis Kicak* for petitioner.

No. 593. FLETCHER *v.* McMAHON ET AL. October 20, 1941. Petition for writ of certiorari to the Court of Ap-